```
          UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF FLORIDA

          CASE NO. 00-6121 CR-FERGUSON
                   18 U.S.C. § 2252A
                                         MAGISTRATE JUDGE
                                              SNOW

UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )
     v.                      )
                             )
KENELY TESTAMARK,            )
                             )
            Defendant.       )
_____)
```



FILED by D.C.
MAY · 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about November 16, 1999, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**KENELY TESTAMARK,**

did knowingly possess a computer and other material that contained three (3) or more images of child pornography that had been transported and shipped in interstate commerce by computer, and which were produced using materials that had been transported and shipped in interstate and foreign commerce, depicting minors

engaging in sexually explicit conduct, the production of which involved the use of a minor engaging in sexually explicit conduct.

All in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

A TRUE BILL:

_Richard M. Sloan_
FOREPERSON

THOMAS E. SCOTT
UNITED STATES ATTORNEY

LAURENCE M. BARDFELD
ASSISTANT UNITED STATES ATTORNEY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name: KENELY TESTAMARK          No.: _____

Count #I:

Possession With Child Pornography; in violation of 18 U.S.C. §2252A

*Max Penalty:    Five (5) years' imprisonment;$250,000 fine

Count #

*Max Penalty:

Count #

*Max Penalty:

Count #

*Max Penalty:

Count # :

*Max Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV 12/12/96

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA      CASE NO. _____

v.                             **CERTIFICATE OF TRIAL ATTORNEY***

KENELY TESTAMARK
_____        **Superseding Case Information**:

**Court Division**: (Select One)     New Defendant(s)         Yes ____    No ____
                                     Number of New Defendants ____
___ Miami  ___ Key West              Total number of counts   ____
_X_ FTL    ___ WPB ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No) __No__
   List language and/or dialect   __English__

4. This case will take __3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                              (Check only one)

   I    0 to 5 days      __X__     Petty      ____
   II   6 to 10 days     ____      Minor      ____
   III  11 to 20 days    ____      Misdem.    ____
   IV   21 to 60 days    ____      Felony     __X__
   V    61 days and over ____

6. Has this case been previously filed in this District Court? (Yes or No)  __No__
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?  (Yes or No) __NO__
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No) __NO__

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No   If yes, was it pending in the Central Region? ___ Yes ___ No

                                   _Laurence M. Bardfeld_
                                   LAURENCE M. BARDFELD
                                   ASSISTANT UNITED STATES ATTORNEY
                                   Court Bar No. 712450

*Penalty Sheet(s) attached                                            REV.4/7/99
N:\udd\lbardfel\testamark\indpackage