AO 442 (Rev. 12/85) Warrant for Arrest  AUSA LAURENCE M. BARDFELD; DETECTIVE RICH LOVE (954)766-6637

# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

⊔⊔MAY 12 AM 9:41

UNITED STATES OF AMERICA

V.

KENELY TESTAMARK

**WARRANT FOR ARREST**

CASE NUMBER: **00-6121**

**CR - FERGUSON**

MAGISTRATE JUDGE
SNOW

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ KENELY TESTAMARK _____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense) Possession of three or more images of child pornography.

in violation of Title 18 United States Code, Section(s) 2252A

CLARENCE MADDOX
Name of Issuing Officer

/s/ Butler
Signature of Issuing Officer

BSS
Bail fixed at $ 50,000 Corporate Surety Bond
with Nebbia

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

May 11, 2000, Fort Lauderdale, Florida
Date and Location

by BARRY S. SELTZER, United States Magistrate Judge
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____ KENELY TESTAMARK _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____ WEIGHT: _____

SEX: _____ RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____