COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

| | | | |
|---|---|---|---|
| DEFT: | Kenely Testamark (J)# | CASE NO: | 00-6121-CR-Ferguson |
| AUSA: | Larry Bardfeld *Present* | ATTNY: | Robin Farnsworth |
| AGENT: | | VIOL: | 18:2252 |
| PROCEEDING: | Initial Appearance | BOND REC: | PSB / FPD |

BOND HEARING HELD - (yes) no          COUNSEL APPOINTED:
___ BOND SET @ _$100,000 PSB_
CO-SIGNATURES: _brother in St. Thomas w/in 1 week_
SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents. — *surr passport by day 3 w/o bd*
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.   } *full time status*
7) Maintain or begin an educational program. } *enter school or job*   *~~recombination~~*
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to: _SD/FL_
12) Halfway House
13) Electronic Monitoring

_reside at current address, no illegal drugs or excessive alcohol_ * no use of internet

- Advised of charges
- Sworn

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | | | |
| PTD/BOND HEARING: | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | |
| STATUS CONFERENCE: | 6-1-00 | 11:00am | Alan Snow |

DATE: 5-17-00   TIME: 11:00am   TAPE # 00-042   PG # 12
1370-1450
1600-1900     3