UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6121-CR-Ferguson

5-17-00
FTC

UNITED STATES OF AMERICA,
   Plaintiff,

v.

Kenely Testamark
   Defendant.

ORDER ON INITIAL APPEARANCE

Language ___English___

Tape No ___00-042___

AUSA ___Larry Bardfeld___

Agent ___FBI___

The above-named defendant having been arrested on ___5-17-00___, having appeared before the court for initial appearance on ___5-17-00___ and proceedings having been held in accordance with FRCr.P. 5 or 40, it is thereupon ORDERED as follows:

1. _____ appeared as permanent/temporary counsel of record.
   Address: _____
   Zip Code: _____ Telephone: _____
2. _Federal Public Defender_ (Farnsworth) appointed as permanent _____
   Address: _____
   Zip Code: _____ Telephone: _____
3. The defendant shall attempt to retain counsel and shall appear before the court at _____ on _____, 20 ___.
4. Arraignment/Preliminary/Removal/Identity hearing is set for ___held___, 20 ___.
5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. 3142(d) or (f) because _____.

A detention hearing, pursuant to 18 U.S.C. 3142 (f), is set for _____, 20 ___.

6. The defendant shall be released from custody upon posting the following type of appearance bond, pursuant to 18 U.S.C. 3142:
   $100,000 PSB

This bond shall contain the standard conditions of bond printed in the form of this Court and, in addition, the defendant must comply with the special conditions checked below:

___ a. Surrender all passports and travel documents to the Pretrial Services Office of the Court.
___ b. Report to Pretrial Services as follows ___ times a week by phone ___ times a week in person; other _____
___ c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.
___ d. Maintain or actively seek full-time gainful employment
___ e. Maintain or begin an educational program
___ f. Avoid all contact with victims of or witnesses to the crimes charged.
___ g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
___ h. Comply with the following curfew _____

- 1 -

____ 1. Comply with the following additional special conditions of this bond: _____

_____

_____

This bond was set : At Arrest     _____

On Warrant     _____

After Hearing     _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____

_____

___ If this space is checked, an evidentiary hearing pursuant to *United States v. Nebbia*, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

DONE AND ORDERED at __Ft. Lauderdale__ this 17 _____ day of __May_____, 2000___ .

_____
UNITED STATES MAGISTRATE JUDGE

DISTRIBUTION:
  WHITE to Court file
  BLUE to defendant
  GREEN to Assistant U.S. Attorney
  YELLOW to Counsel
  PINK to U.S. Marshal
  GOLD to Pretrial Services

SD F M-1
Rev 01 00