

FILED by ___ D.C.
MAY 1 7 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6121-CR-Ferguson

UNITED STATES OF AMERICA

vs

Kenely Testamark

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry  Seltzer on 5-17-00, where the Defendant was arraigned and plea of NOT GUILTY was entered. Defendant and court-appointed/retain counsel of record will be noticed for trial by the District Court Jud assigned to this case. The following information is current as of this dat

DEFENDANT:       Address: ___See Bond___

                 Telephone: _____

DEFENSE COUNSEL: Name: _____FPD_____

                 Address: _____

                 Telephone: _____

BOND SET/CONTINUED:  $100,000 PSB

Bond hearing held: yes __X__ no ____ Bond hearing set for _____

Dated this __17__ day of ___May___, 20_00_.

CLARENCE MADDOX
COURT ADMINISTRATOR/ CLERK

By: _____
    Deputy Clerk

Tape No. __00-042__

cc: Clerk for Judge
    U. S. Attorney