FILED by D.C.
MAY 1 7 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA ]  CASE NUMBER: CR  OO-6121 CR-Ferguson
         Plaintiff ]
    -vs-              ]  REPORT COMMENCING CRIMINAL
                      ]          ACTION
Kenely Testamark      ]   55305-004
         Defendant         USMS Number
*************************************************************
TO: CLERK'S OFFICE    MIAMI    (FT. LAUDERDALE)   W. PALM BEACH
    U.S. DISTRICT COURT        (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES
      COURT ABOVE.
*************************************************************
COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: 6:30 AM 5/17/2000 AM ___ PM ___

(2) LANGUAGE SPOKEN: English

(3) OFFENSE(S) CHARGED: Possession of Child Pornography; Title 18,
    USC Section 2252A

(4) UNITED STATES CITIZEN: (X) YES ( ) NO ( ) UNKNOWN

(5) DATE OF BIRTH: 05/25/1969

(6) TYPE OF CHARGING DOCUMENT: (check one)
    [X] INDICTMENT   [ ] COMPLAINT TO BE FILED ALREADY FILED
        CASE # OO-6121 CR-Ferguson
    [ ] BENCH WARRANT FOR FAILURE TO APPEAR
    [ ] PROBATION VIOLATION WARRANT
    [ ] PAROLE VIOLATION WARRANT
    ORIGINATING DISTRICT: _____
    COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ] YES [ ] NO

AMOUNT OF BOND: $_____ WHO SET BOND? _____

(7) REMARKS: _____

(8) DATE: 5/17/2000   ARRESTING OFFICER: Terri Patterson

(10) AGENCY: FBI          (11) PHONE: (305) 944-9101

(12) COMMENTS: _____