UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6121-CR-FERGUSON

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KENELY TESTAMARK,

    Defendant.

_____/

## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the address listed.

                Respectfully submitted,

                KATHLEEN M. WILLIAMS
                FEDERAL PUBLIC DEFENDER

By: _____

                Martin J. Bidwill
                Assistant Federal Public Defender
                Florida Bar No. 868795
                Attorney for Defendant
                101 N.E. 3rd Avenue, Suite 202
                Fort Lauderdale, Florida 33301
                (954) 356-7436 / (Fax) 356-7556

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 18th day of May, 2000, to United States Attorney's Office, at 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

_____

Martin J. Bidwill