UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6121-CR-FERGUSON

UNITED STATES OF AMERICA,              :

       Plaintiff,                    :

v.                                     :

KENELY TESTAMARK                       :

       Defendant.                    :

**STATUS REPORT**

A status conference was held in this cause on June, 2000. At that conference, the parties informed the Court as follows:

1. Discovery has been provided.

2. This case may be resolved by way of a plea.

DATED at Fort Lauderdale, Florida, this /5th day of June, 2000.

_Lurana S. Snow_
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Larry Bardfeld (FTL)
AFPD Martin Bidwill (FTL)