HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT __CARLOS COLMENARES__ CASE NO: __00-6132-CR-FERGUSON__

AUSA __LYNN ROSENTHAL__ ATTY __JOAQUIN PEREZ__ *00-028*

*Trial set July 3*
*June 26 Cal call*  — @ 4:00

DEFT __IRVINGS SPIKES__ CASE NO: __99-6068-CR-ROETTGER__

AUSA ~~DAVID CORA~~ *Thompson* / Nicholson ATTY FPD —Daryl Wilcox 09/02

*Disc out - No motions pending*
*Cnsl has not rec'd disc yet. June 16  @ 2932*
*for motions. possible plea*

DEFT __KENELY TESTAMARK__ CASE NO: __00-6121-CR-FERGUSON__

AUSA __LARRY BARDFELD__ /Nicholson ATTY __FPD — Wilcox for Bidwill__

*Disc out - no pending motions*
*Possible plea*  @ 3005

DEFT __BRUCE JOHNSON__ CASE NO: __00-6116-CR-DIMITROULEAS__

AUSA __STEVE PETRI__ /Bardfeld ATTY FPD Day / Smargon

*Disc out / possible plea*
*No pending motions*  @ 3598

DEFT __STEVEN FELIX ANGELET__ CASE NO: __00-6135-CR-FERGUSON__

AUSA __ROGER POWELL__ / Bardfeld ATTY __MANNY VAZQUEZ__

*Disc out - No pending motions*   00-028
*possible plea*   14

DEFT __THOMAS JARRETT STRINGER__ CASE NO: __00-6133-CR-DIMITROULEAS__

AUSA __ROGER POWELL__ /Bardfeld ATTY FPD Day / Smargon

*Disc out - possible plea*  @ B3

DATE __JUNE 1, 2000__ TIME __11:00__

*15*