UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6121-CR-FERGUSON
Chief Magistrate Judge Snow

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KENELY TESTAMARK,

    Defendant.
_____/

## MOTION FOR TERMINATION OF APPOINTMENT OF COUNSEL

The Federal Public Defender respectfully moves that her appointment as counsel for the Defendant, Kenely Testamark, be terminated as the Defendant has retained Wayne Corry, Esq. Justice Building, 524 South Andrews Avenue, Suite 200N, Fort Lauderdale, Florida 33301, to represent him in this proceeding, and said attorney has filed a written notice of appearance.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Martin J. Bidwill
  Assistant
Federal Public Defender
Florida Bar No. 868795
Attorney for Defendant
101 N.E. 3rd Avenue, Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436 / (Fax) 356-7556

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing motion was mailed on this 12th day of June, 2000, to Laurence M. Bardfeld, United States Attorney's Office, at 299 East Broward Boulevard, Fort Lauderdale, Florida 33301; Wayne Corry, Esq. Justice Building, 524 South Andrews Avenue, Suite 200N, Fort Lauderdale, Florida 33301 and Kenely Testamark, Reg. No. 55305-004, FDC Miami, P. O. Box 019120, Miami, Florida 33101-9120.

Martin J. Bidwill