UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

                              Case No.: 00-6121-CR-FERGUSON

    Plaintiff,

vs.

KENELY TESTAMARK,

    Defendant .

FILED by _____ D.C.

JUN 0 9 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### NOTICE OF APPEARANCE

**TO THE CLERK OF THE ABOVE COURT:**

YOU WILL PLEASE enter my appearance as attorney of record for the defendant in the above-styled cause.

I HEREBY CERTIFY that a copy of the foregoing was mailed to Laurence Bardfeld, Assistant United States Attorney, 500 East Broward Boulevard, #700, Ft. Lauderdale, Florida, and to Martin Bidwell, Assistant Federal Public Defender, 101 N.E. 3rd Ave., Suite 202, Fort Lauderdale, FL, this 9th day of June, 2000.

                                        MAURY HALPERIN, Esq.
                                        Attorney for the Defendant
                                        Fla. Bar No: 539252
                                        1326 S.E. 3rd Avenue
                                        Ft. Lauderdale, Fl 33316
                                        (954) 763-7474