UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

        Case No.: 00-6121-CR-FERGUSON

Plaintiff,

vs.

KENELY TESTAMARK,

Defendant.

## UNOPPOSED MOTION FOR A CONTINUANCE

The defendant, Kenely Testamark, by and through the undersigned counsel, moves this Honorable Court for a continuance in this cause, and as grounds would state the following:

1. The above-entitled cause is set for jury trial during the two-week period commencing July 3rd, 2000.

2. The defendant is seeking additional time in order to undergo a mental evaluation, and treatment if deemed necessary. Undersigned counsel anticipates filing a motion for downward departure based on defendant's reduced mental capacity.

3. Assistant United States Attorney Laurence Bardfeld has no objection to this motion.

4. The defendant is asking for a thirty days continuance.

I HEREBY CERTIFY that a copy of the foregoing was mailed to Laurence Bardfeld, Assistant United States Attorney, 500 East Broward Boulevard, #700, Ft. Lauderdale, Florida, this 22nd day of June, 2000.



_____
MAURY HALPERIN, Esq.
Attorney for the Defendant
Fla. Bar No: 539252
1326 S.E. 3rd Avenue
Ft. Lauderdale, Fl 33316
(954) 763-7474
Fax No.: (954) 767-0213