UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6121-CR-FERGUSON

UNITED STATES OF AMERICA,
            Plaintiff,
    vs.

KENELY TESTAMARK,
            Defendant.
_____/

**MINUTES**
**CHANGE OF PLEA**

FILED AUG 2 2000

    On August 2, 2000, the above-named defendant appeared in person before the Honorable WILKIE D. FERGUSON, JR., United States District Judge, with counsel Martin Bidwell, AFPD appointed by the Court/retained by the defendant, and said defendant stated in open court that **he** desired to withdraw the plea of not guilty heretofore entered and desired to enter a plea of guilty as to count(s)    of the Indictment. After the defendant was duly sworn, the Court made inquiry as to guilt. The Court, being satisfied there was a factual basis for the plea, accepted the plea of guilty and found the defendant guilty as charged.

    Whereupon:

( )   The Court proceeded to pronounce sentence.

(X)   The Court postponed sentencing until **10/13/00 a**t 9:00 a.m.,

(X)   and the defendant was allowed to remain on present bond until then;

( )   and the defendant remanded to the custody of the U.S. Marshal until a $_____ bond is posted;

( )   and the defendant was remanded to the custody of the U.S. Marshal awaiting sentencing.

Judge **Wilkie D. Ferguson, JR.**
Reporter **Paul Haferling**
Clerk **Troy T. Walker**