UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

Plaintiff,

Case No.: 00-6121-CR-FERGUSON

vs.

KENELY TESTAMARK,

Defendant .

## UNOPPOSED MOTION FOR CONTINUANCE

The defendant, Kenely Testamark, by and through the undersigned counsel, moves this Honorable Court for a continuance in this cause, and as grounds would state the following:

1. The above-entitled cause is set for sentencing on October 13th, 2000.

2. The defendant has been attending sex offender group counseling and has been referred recently to a psychiatrist for further treatment. The doctor's first available time is on October 5th, 2000. Undersigned counsel anticipates filing a motion for downward departure based on defendant's reduced mental capacity.

3. A new Guidelines Policy Statement, Aberrant Behavior, 5K2.20., will take effect November 1st, 2000. Undersigned counsel believes that the defendant will qualify for downward departure under 5K2.20., and is seeking to postpone the sentencing in this cause past the November 1st effective date.

4. Assistant United States Attorney Laurence Bardfeld has no objection to this motion.



I HEREBY CERTIFY that a copy of the foregoing was mailed to Laurence Bardfeld, Assistant United States Attorney, 500 East Broward Boulevard, #700, Ft. Lauderdale, Florida, this 4th day of October, 2000.

Maury Halperin, Esq.
Attorney for the Defendant
Fla. Bar No: 539252
1326 S.E. 3rd Avenue
Ft. Lauderdale, Fl 33316
(954) 763-7474
Fax No.: (954) 767-0213