SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # __00-6121-CR-WDF__

DEFENDANT __Kenely Testamark__    JUDGE __WILKIE D. FERGUSON__

Deputy Clerk ~~TROY T. WALKER~~ __D. McIntosh__ DATE __10/13/00__

Court Reporter __Paul Haferling__    USPO __Georgeann Stanley__

AUSA __Larry Bardfeld__    Deft's Counsel __Maury Halpern__

COUNTS DISMISSED __All Others__

____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

____ Sentencing cont'd until ___/___/___ at _____ AM / PM

### JUDGMENT AND SENTENCE

| Imprisonment | Years | Months | Counts |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

Supervised Release _____

| Probation | Years | Months | Counts | |
|---|---|---|---|---|
| | 3 | | 1 | 10 Days to Appeal |

Comments __SC: Mental Health treatment program; 6 months home confinement w/electronic monitoring; Comply with Standard Conditions of Supervise Release; Deft forfeits Rights to Personal Computer__

Assessment $ __100__    Fine $ __N/A__

Restitution /Other _____

### CUSTODY

____ Remanded to the Custody of the U. S. Marshal Service    ____ Release on bond pending appeal

____ Voluntary Surrender to (designated institution or U. S. Marshal Service) on ___/___/___

Commitment Recommendation: _____