AO 245B (Rev. 8/96) Sheet 1 - Judgment in a Criminal Case

# United States District Court
## Southern District of Florida

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| **KENELY TESTAMARK** | Case Number: **0:00CR06121-001** |
| | **Maury Halperin** |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ pleaded guilty to count(s) **One of the Indictment**

☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.

☐ was found guilty on count(s) _____ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 2252 A(a)(5)(B) | POSSESSION OF CHILD PORNOGRAPHY | 11/16/1999 | 1 |

The defendant is sentenced as provided in pages 2 through __5__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☒ Count(s) **ALL OTHERS** are dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

| | |
|---|---|
| Defendant's Soc. Sec. No.: 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 | 10/13/2000 |
| Defendant's Date of Birth: 05/25/1969 | Date of Imposition of Judgment |
| Defendant's USM No.: 55305-004 | |
| Defendant's Residence Address: | *[signature]* |
| 837 N. Victoria Park Road | |
| Apt. #2 | Signature of Judicial Officer |
| Ft. Lauderdale          FL       33304 | **WILKIE D. FERGUSON, JR.,** |
| | **UNITED STATES DISTRICT JUDGE** |
| Defendant's Mailing Address: | Name & Title of Judicial Officer |
| 837 N. Victoria Park Road | Oct. 15, 2000 |
| Apt. #2 | |
| Ft. Lauderdale | Date |

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 10/16/00

No further action required by
the U.S. Marshals Service.

James A Tassere
UNITED STATES MARSHAL

Ed Dutinos SDUSM