# UNITED STATES DISTRICT COURT

**for**

## SOUTHERN DISTRICT OF FLORIDA

**Request for Modifying the Conditions or Term of Supervision with Consent of the Offender**
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Kenely Testamark     Case Number: 00-6121-CR-Ferguson

Name of Sentencing Judicial Officer: The Honorable Wilkie D. Ferguson, Jr., U. S. District Judge

Date of Original Sentence: 10-13-2000

Original Offense:    Possession of Child Pornography. Violation of Title 18, U.S.C. § 2252A(a)(5)(B)

Original Sentence:    Three years probation with home detention/electronic monitoring for a period of 6 months.

Type of Supervision: Probation      Date Supervision Commenced: 10-13-2000

---

## PETITIONING THE COURT

[ ]    To extend the term of supervision for __ years, for a total term of __ years.
[X]    To modify the conditions of supervision as follows:

    "The probationer shall reside and participate in a Community Correctional Center for a period of not more than 120 days or until otherwise discharged by the U. S. Probation Office."

## CAUSE

On the date of original sentencing, October 13, 2000, Mr. Testamark reported to the United States Probation Office to begin his term of supervision. On that date he submitted a urine specimen which tested positive for the presence of marijuana. As a result of this positive urinalysis result Mr. Testamark was instructed to report to the United States Probation Office weekly for urine screening. Subsequently on December 8, 2000, Mr. Testamark again submitted a urine specimen which tested positive for the presence of marijuana. When confronted with this result he admitted that on or about September 1, 2000, he had smoked a "joint" with his neighbor in apartment number 3. During a personal visit with this officer Mr. Testamark stated he has become increasingly depressed over his financial and life situations and in fact was contemplating suicide. As a result of these statements his



mental health treatment which had previously been comprised of weekly group therapy was intensified to include weekly individual counseling as well as weekly group therapy. The probationer has also been referred to a psychiatrist for antidepressant medications. As of this writing the results of said psychiatric evaluation are pending. Mr. Testamark has adjusted satisfactorily to the increased therapy and is no longer suicidal. He has stated he believes it will be to his benefit to enter the Community Correctional Center as he needs to live in a place where drugs will not be readily available to him. Given the above-described situation this officer is of the opinion that it would be advisable at this time to terminate Mr. Testamark's electronic monitoring and place him in a Community Correctional Center for 120 days which would essentially comprise the remaining amount of time he was to serve on home confinement.

                                            Respectfully submitted,

                                    by      /signature/

                                            Richard A. Martin
                                            U.S. Probation Officer
                                            Date: December 21, 2000
                                            (954) 769-5511

RAM/cdd
Attachments

---

THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Submit a Request for _ Warrant or _ Summons

                          /signature/
                          Signature of Judicial Officer

                          01/09/01
                          Date