**United States District Court**

**for the**

**District of the Virgin Islands**

**Request for Modifying the Conditions or Term of Supervision**
**with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Kenely Testamark                    Case Number 00-6121-CR-Ferguson

Name of Sentencing Judicial Officer: Honorable Wilkie D. Ferguson, Jr

Date of Original Sentence: October 13, 2000

Original Offense: Possession of Child Pornography, violation of 18.U.S.C. § 2252A(a)(5)(B)

Original Sentence: three years probation with home detention/electronic monitoring for a term of 6 months

Type of Supervision: Probation                    Date Supervision Commenced: October 13, 2000

## PETITIONING THE COURT

[X]    To modify the conditions of supervision as follows:

With the written authorization from the computer's owner or owners, the probation officer can install a
Monitoring Software and search any computer that the defendant has access to for the purpose of monitoring
the defendant's access to Pornographic Web sites or materials. The defendant must stay 100 feet away from
all schools and Child Care Centers. Also, if requested by the probation office, the defendant shall submit to a
Polygraph Investigation & Examination.

### CAUSE

The defendant's offense occurred with the use of a computer. The defendant currently has unlimited access to
his mother's home and she owns a computer which he can used to access Pornographic Web Sights. In
addition, the defendant mother owns two Child Care Centers.

Respectfully submitted,

by    _Andrew Elles_

AJE
U.S. Probation Officer
Date: May 4, 2001



THE COURT ORDERS:

[ ]    No Action
[ ]    The Extension of Supervision as Noted Above
[X]    The Modification of Conditions as Noted Above
[ ]    Other

_____

Signature of Judicial Officer

Date    6/20/01